IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
Northern DIVISION

RECEIVED
2024 JUL -2 A 11: 28

Terence Phifer

PLAINTIFF

v.

CASE ACTION NO.: 2:24-cv-00386-RAH-SMD

Koch Foods of Alabama, LLC

DEFENDANT

JURY DEMAND (MARK ONE)

☐ YES ☑ NO

## EEOC COMPLAINT

1. Plaintiff resides at 2099 Davenport Road, Greenville, AL 36037

2. Defendant(s)' name(s) Koch Foods of Alabama, LLC

Location of principal office(s) of the named defendant(s) 3500 West BLVD, Montgomery, AL 36108

Nature of defendant(s)' business Koch Foods is a chicken processing business.

Approximate number of individuals employed by defendant(s) 500(+)

3. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employement discrimination. Jurisdiction is specifically conferred on the Court by 42 U.S.C. §2000e-5. Equitable and other relief are also sought under 42 §2000e-5(g).

4. The acts complained of in this suit concern:

1. ☐ Failure to employ me.
2. ☑ Termination of my employment.
3. ☐ Failure to promote me.
4. ☐ Other acts as specified below:

5. Plaintiff is:

A. ____ Presently employed by the defendant.

__X__ Not presently employed by the defendant. The dates of employement were June ~~202~~ 2022 - August 2022 Employment was terminated because:

(1) __X__ Plaintiff was discharged.

(2) ____ Plaintiff was laid off.

(3) ____ Plaintiff left job voluntarily.

6. Defendant(s)' conduct is discriminatory with respect to the following:

A. __X__ My race.

B. ____ My religion.

C. ____ My sex.

D. ____ My national origin.

E. ____ Other, as specified below: ____________________

7. The name(s), race, sex, and the position or title of the individual(s) who allegedly discriminated against me during the period of my employment with the defendant company is (are) Chase Stanley, White, Male, Direct Supervisor at Koch Foods of Alabama, LLC.

8. The alleged discrimination occurred on or about June 2022 - August 2022.

9. The nature of my complaint, i.e., the manner in which the individual(s) named above discriminated against me in terms of the conditions of my employment, is as follows:
I am an African-American male. I started work for Koch Foods Alabama, LLC in June 2022, as a truck driver. From the beginning, I was forced to tolerate racial insults by my Supervisor, Chase Stanley, caucasian male, by use of derogatory names directed at me. I was required to work with equipment that violated safety codes enforced by OSHA. I was not trained thoroughly on my job ~~be~~ sequence of order, which created constant confusion. I regularly worked in a hostile work environment. I know I was wrongfully terminated due to my race, which is in violation of Title VII of the Civil Rights Act of 1964, as amended.

10. The alleged illegal activity took place at Koch Foods of Alabama, LLC.

11. I filed charges with the Equal Employment Opportunity Commission regarding defendant(s)' alleged discriminatory conduct on or about 12/14/2022.
I have attached a copy of the Notice-of-Right-to-Sue letter issued by the Equal Employment Opportunity Commission. The letter was received by me on 04/04/2024

12. I seek the following relief:

A. ✓ Recovery of back pay.
B. ✓ Reinstatement to my former job, and any other relief as may be appropriate, including injunctive orders, damages, costs, and attorneys fees.

Date: 06/28/2024

[signature]
Signature of Plaintiff

2099 Davenport Rd
Greenville, AL 36037
334-210-6000
Address & Telephone Number of Plaintiff

FedEx

Envelop

Recycle n

735 RT
B01 FZ
1
10:30
A
5060
0060
07.02

ORIGIN ID:HSVA (334) 210-6000
2099 DAVENPORT RD
GREENVILLE, AL 36037
UNITED STATES US

SHIP DATE: 29JUN24
ACTWGT: 0.15 LB
CAD: 6754066/SSFO2521

BILL CREDIT CARD

TO THE U.S DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
ATTN: CLERK OF COURT
ONE CHURCH STREET
MONTGOMERY AL 36104

(000) 000-0000 REF:
INV:
PO: DEPT:

FedEx Express

E

MON -- 01 JUL 10:30A
PRIORITY OVERNIGHT

TRK# 0201 2764 9881 5060

XP MGMA

36104
AL-US BHM